United States District Court
Southern District of Texas
**ENTERED**
February 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE F. RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 4:22-CV-02724 |
| | § | |
| REMITLY, INC., WOODFOREST NATIONAL BANK, BRANDON HUERTA, LISET GUADALUPE URIBE, DANIELA LOPEZ and LAURA LOMELI, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

On January 3, 2023, Magistrate Judge Peter Bray recommended that this case be dismissed with prejudice under Federal Rule of Civil Procedure 41(b). ECF No. 13. No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby **ADOPTS** the Report and Recommendation as this court's opinion.

It is SO ORDERED.

Signed on February 14, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**